IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40122
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN RIVERA-PASTRANA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
(L-95-CR-160-1)
_____

September 13, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]


Ruben Rivera-Pastrana appeals the denial of his request for reconsideration of his motion to dismiss indictment on double jeopardy grounds.  However, pursuant to a plea agreement, he specifically agreed to postpone appellate review until after

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

conviction and sentence.  This court lacks jurisdiction to hear his

appeal.  <u>See</u> <u>Abney v. United States</u>, 431 U.S. 651, 662 (1977).

APPEAL DISMISSED.